[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14701
Non-Argument Calendar
_____

D.C. Docket No. 5:19-cr-00012-TKW-MJF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON SCOTT PLUMADORE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 7, 2020)

Before MARTIN, ROSENBAUM and TJOFLAT, Circuit Judges.

PER CURIAM:

John Wilkins, appointed counsel for Jason Plumadore in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Plumadore's motion for appointment of substitute counsel is **DENIED**, and Plumadore's convictions and sentences are **AFFIRMED**.